UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALAN ZARKOWSKI,<br><br>            Plaintiff,<br><br>      v.<br><br>COUNTY OF KERN, *et al.*,<br><br>            Defendants. | Case No. 1:25-cv-00063-KES-CDB<br><br>ORDER TO COMPLETE AND RETURN SERVICE DOCUMENTS<br><br>(Doc. 10)<br><br>**30-DAY DEADLINE** |

Plaintiff Mark Alan Zarkowski ("Plaintiff") is proceeding pro se and *in forma pauperis*. Following screening, this action proceeds on Plaintiff's claim for relief under the Fourth Amendment of the United States Constitution against Defendants Juan Carlos Cazares and Sean P. Dunshee. (Docs. 6, 10).

Accordingly, the Court HEREBY ORDERS:

1. Service is appropriate for the following Defendants:
   a. Juan Carlos Cazares
   b. Sean P. Dunshee
2. The Clerk of the Court shall send Plaintiff the following:
   a. an instruction sheet;
   b. a Notice of Submission of Documents form;
   c. one copy of the first amended complaint filed March 3, 2025 (Doc. 5);

      d.  one copy of the findings and recommendations (Doc. 6);

      e.  one copy of the order adopting the findings and recommendations (Doc. 10);

      f.  two USM-285 forms; and

      g.  two summonses.

3. Within 30 days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents form and submit the completed Notice to the Court, pursuant to the instructions set forth on the attached instruction sheet, and the following documents:

      a.  Completed summons for each Defendant listed above;

      b.  Completed USM-285 form for each Defendant listed above;

      c.  Three copies of the first amended complaint filed March 3, 2025 (Doc. 5);

      d.  Three copies of the findings and recommendations (Doc. 6); and

      e.  Three copies of the order adopting the findings and recommendations (Doc. 10).

4. Plaintiff need not attempt service on the Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Any failure by Plaintiff to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **June 13, 2025**                                                  
                                                      UNITED STATES MAGISTRATE JUDGE