UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ALAN ZARKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00063-KES-CDB<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>(Doc. 12) |

Plaintiff Mark Alan Zarkowski ("Plaintiff") is proceeding pro se and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. Following screening, this action proceeds on Plaintiff's Fourth Amendment claims pursuant to 42 U.S.C. § 1983 against Defendants Juan Carlos Cazares and Sean P. Dunshee (collectively, "Defendants"). (Docs. 1, 6, 10).

On June 13, 2025, the Court found service of the complaint appropriate and directed Plaintiff to complete a notice of submission of documents required for service on two Defendants. (Doc. 11). On July 14, 2025, Plaintiff filed a notice of submission of documents. (Doc. 12).

Pursuant to Federal Rule of Civil Procedure 4, it is HEREBY ORDERED:

1. The Clerk of the Court is directed to issue the following: 1) Summons; 2) the Scheduling Order; 3) the Order re Consent or Request for Reassignment; and 4) a Consent to Assignment or Request for Reassignment form.

2. The Clerk of the Court is directed to forward a copy of the following documents to the United States Marshal:

a. Two copies of the complaint (Doc. 1), Summons, the Order re Consent or Request for Reassignment, and the Consent to Assignment or Request for Reassignment form, plus extra copies for the Marshals Service;

b. Two copies of the order adopting findings and recommendations (Doc. 10);

c. Two copies of this order, plus an extra copy for the Marshals Service;

d. A copy of the USM-285 form as to Defendant Juan Carlos Cazares;

e. A copy of the USM-285 form as to Defendant Sean P. Dunshee;

f. Within ten days from the date of this order, the Marshals Service is DIRECTED to notify the aforementioned Defendants of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d) and 28 U.S.C. § 566(c) as to Defendants.

3. The Marshals Service is directed to retain the summonses and a copy of the complaint in its file for future use.

4. The Marshals Service shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received;

5. If a waiver of service is not returned by any Defendant within sixty (60) days of the date of mailing the request for waiver, the Marshals Service shall:

a. Personally serve process and a copy of this order upon the Defendants pursuant to Rule 4 and 28 U.S.C. § 566(c);

b. Within ten days after personal service is effected, the Marshals Service shall file the return of service for the Defendants, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said Defendants. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshals Service for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms if required.

Costs of service will be taxed against the personally served Defendants in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6. If Defendants waive service, they are required to return the signed waivers to the Marshals Service. The filing of an answer or a responsive motion does not relieve the Defendants of this requirement, and the failure to return the signed waivers may subject Defendants to an order to pay the costs of service pursuant to Fed. R. Civ. P. 4(d)(2).

IT IS SO ORDERED.

Dated: **September 9, 2025**

UNITED STATES MAGISTRATE JUDGE

3